# Court of Appeals
# of the State of Georgia

ATLANTA,  April 02, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0401. PERCIVAL MULBAH et al v. KL CAPITAL, LLC.

In this dispossessory action, the magistrate court entered judgment in favor of defendant KL Capital, LLC, and plaintiffs Percival Mulbah and Jane Mulbah filed a petition for review in superior court. On February 12, 2026, the superior court entered an order dismissing the petition for review. The Mulbahs filed a motion for reconsideration, which the superior court denied on March 4, 2026. The Mulbahs then filed the instant application for discretionary review on March 9, 2026. We lack jurisdiction.

Appeals in dispossessory actions, including applications for discretionary review, must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56(b)(1); *Stubbs v. Local Homes, LLC*, 375 Ga. App. 513, 516–17 (915 SE2d 91) (2025); *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335–36 (715 SE2d 752) (2011). Further, an order denying a motion for reconsideration is not appealable in its own right, *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000), and a motion for reconsideration does not toll the time for filing an application to appeal. *Harris v. State*, 278 Ga. 280, 282 n.3 (600 SE2d 592) (2004). Thus, the instant discretionary application is untimely, because it was filed 25 days after the superior court's order dismissing the petition for review, and because the motion for reconsideration did not toll the time for filing the application.

The deadlines for filing applications for discretionary review are jurisdictional, and this Court cannot accept an application not made in compliance with the applicable deadline. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).

Accordingly, the instant application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,__04/02/2026_____*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*